```
                                        FILED
                                        November 10, 2010
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>        Plaintiff,              )<br>v.                              )<br>                                )<br>JEREMY TERRELL,                 )<br>                                )<br>        Defendant.              )<br>_____) | Case No.  2:10-cr-477 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jeremy Terrell</u>; Case  <u>2:10-cr-477 LKK</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    ___    Unsecured bond in the amount of

    ___    Appearance Bond with 10% Deposit

    _X_    Secured Bond in the amount of $100,000 secured by all available equity in the real property owned by Chris Terrell, with the remainder to be secured by an unsecured bond, co-signed by Chris Terrell.

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>11/10/2010</u>    at  4:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge