DANNY B. SCHULTZ, SBN 196232
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
JEREMY TERRELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: 10-CR-00477-LKK-4 |
| Plaintiff, | STIPULATION AND ORDER RE: MODIFICATION OF |
| v. | <u>TERMS OF PRETRIAL RELEASE</u> |
| JEREMY TERRELL, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Jeremy Terrell, through his attorney, Danny B. Schultz, with the approval of United States Pretrial Officer Renee Basurto, that Special Condition of Release #16, be removed in its entirety.  Special Condition of Release #16 states:

    You shall participate in the following home confinement
    program components and abide by all the requirements of
    the program which will include electronic monitoring.

    **HOME DETENTION:** You are restricted to your residence
    at all times except for employment; education;

religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.

Respectfully Submitted,


/S/MICHAEL ANDERSON                    /S/DANNY B. SCHULTZ
MICHAEL ANDERSON                       DANNY B. SCHULTZ
Assistant U.S. Attorney                Attorney for Defendant
                                       JEREMY TERRELL
Dated: May 25, 2012                    Dated: May 25, 2012


**IT IS SO ORDERED.**

Dated: May 29, 2012.    _/s/ Edmund F. Brennan_
                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE

2