DANNY B. SCHULTZ, SBN 196232
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
JEREMY TERRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: 10-CR-00477-LKK-4 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF TERMS OF PRETRIAL RELEASE |
| v. | |
| JEREMY TERRELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Jeremy Terrell, through his attorney, Danny B. Schultz, with the approval of United States Pretrial Officer Renee Basurto, that Special Condition of Release #11, be removed in its entirety. Special Condition of Release #11 states:

1

>    You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Respectfully Submitted,


/S/MICHAEL ANDERSON  　　　　　　　　/S/DANNY B. SCHULTZ
MICHAEL ANDERSON　　　　　　　　　　DANNY B. SCHULTZ
Assistant U.S. Attorney　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　JEREMY TERRELL
Dated: September 7, 2012　　　　　　Dated: September 7, 2012


**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　United States Magistrate Judge