1  DANNY B. SCHULTZ, SBN 196232
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   JEREMY TERRELL

5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11

12 UNITED STATES OF AMERICA,          No. CR: 10-CR-00477-LKK-4

13          Plaintiff,
                                      STIPULATION AND ORDER RE:
14                                    MODIFICATION OF TERMS OF
        v.                            PRETRIAL RELEASE
15

16 JEREMY TERRELL,

17          Defendant.

18 _____/

19
        IT IS HEREBY STIPULATED between Plaintiff, United States,
20
   through their attorney of record, Assistant United States
21
   Attorney Michael D. Anderson and Defendant, Jeremy Terrell,
22
   through his attorney, Danny B. Schultz, with the approval of
23
   United States Pretrial Officer Renee Basurto, that Special
24
   Condition of Release #11, be removed in its entirety.  Special
25
   Condition of Release #11 states:
26

27

28

                                 1

1        You shall participate in a program of medical or
         psychiatric treatment, including treatment for drug or
2        alcohol dependency, as approved by the pretrial
         services officer.

3

4
    Respectfully Submitted,
5

6
    /S/MICHAEL ANDERSON            /S/DANNY B. SCHULTZ
7   MICHAEL ANDERSON               DANNY B. SCHULTZ
    Assistant U.S. Attorney        Attorney for Defendant
8                                  JEREMY TERRELL
    Dated: September 7, 2012       Dated: September 7, 2012
9

10

11       **IT IS SO ORDERED.**

12       Dated: September 10, 2012

13

14                          /s/ Gregory G. Hollows
15                   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28