UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>United States District Judge<br>Sacramento, California | **RE: Jeremy Ryan Terrell**<br>**Docket Number:  0972 2:10CR00477-004**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jeremy Ryan Terrell is requesting permission to travel to Cabo San Lucas. Jeremy Ryan Terrell is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 27, 2012, Jeremy Ryan Terrell was sentenced for the offense(s) of 21 USC 841(a)(1) – Manufacturing of and Possession with Intent to Distribute Marijuana.

**Sentence Imposed:**  36 months BOP; 60 months TSR; $100 special assessment; mandatory testing; No firearms.  Special conditions:  1) Submit to search; 2) Outpatient correctional treatment program; 3) Substance abuse testing; 4) Outpatient mental health treatment; 5) Aftercare co-payment; 6) Drug offender registration; 7) Financial disclosure; 8) Abstain from alcohol.

**Dates and Mode of Travel:**  October 15 – 19, 2016;  Flying.

**Purpose:**  Vacation with his girlfriend.

**RE:  Jeremy Ryan Terrell**
  **Docket Number:  0972 2:10CR00477-004**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/George A. Vidales
GEORGE A. VIDALES
Supervising United States Probation Officer

Dated:  October 6, 2016
  Sacramento, California
  cp

/s/Matthew F. Faubert
**REVIEWED BY:    MATTHEW F. FAUBERT**
  **Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

☒    Approved    ☐    Disapproved

**Dated:  October 12, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE